IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAERA REED,

            Plaintiff,

    v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
KYLE HOFF and CHARLES PALMER,

            Defendants.

ORDER

17-cv-590-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAIGE RAY-CLUNEY,

            Plaintiff,

    v.

JOHN OURADA, PAUL WESTERHAUS,
WAYNE S. OLSON, WENDY PETERSON,
BRAIN GUSTKE, LORI MCCALISTER,
CHARLES PALMER, DARRELL STETZER and
ANDREW YORDE,

            Defendants.

ORDER

17-cv-591-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties in this case have filed a joint motion to stay proceedings pending plaintiffs Laera Reed and Paige Ray-Cluney's appeal of the dismissal of their claims against defendant Charles Palmer. Dkt. #33. The motion is GRANTED. The case will be stayed for six months, until September 21, 2018, and the remainder of the schedule is STRICKEN. The

1

clerk of court is directed to set a scheduling conference with the magistrate judge for a date shortly after September 21, 2018.

IT IS SO ORDERED.

Entered this 21st day of March, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge